IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| VS. | ) | CRIMINAL NO. 1:06CR10010-001 |
| | ) | |
| | ) | |
| LUCILLA VALDEZ | ) | |

## ORDER

    Before the Court is a Motion to Correct Judgment and Commitment filed on behalf of Defendant Lucilla Valdez.  (Doc. No. 73).  In this motion, Defendant asks the Court to correct the Amended Judgment (Doc. No. 69) entered in this case which incorrectly imposes a fine of $2,000.00 on the Defendant.  Defendant states that the correct fine imposed by the Court at sentencing was $1,000.00.   The government has responded and has no objections to the Defendant's motion.   (Doc. No. 75). Upon consideration, the Court finds that the motion should be and hereby is **granted.**  An Amended Judgment will be entered in this case reflecting the correct fine imposed by the Court and ordered to be paid by Defendant Lucilla Valdez is $1,000.00.

    IT IS SO ORDERED, this 5th day of March, 2009.

    /s/Harry F. Barnes
    Hon. Harry F. Barnes
    United States District Judge